Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOB FIGY, et al )
                         Plaintiff(s), )
    v. )
Amy's Kitchen, Inc. )
                         Defendant(s). )

Case No: CV 13 3816

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, D'Juana Bellue Parks, an active member in good standing of the bar of The State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Bob Figy, et al in the above-entitled action. My local co-counsel in this case is Pierce Gore, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P. O. Box 4905, Beaumont, TX  77704 | 1871 The Alameda, Suite 425<br>San Jose, CA  95126 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (409) 835-6000 | (408) 429-6506 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dparks@pulf.com | pgore@prattattorneys.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 15519395.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/27/13                          D'Juana Bellue Parks
                                                                                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of D'Juana Bellue Parks is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/27/13                        *Susan Illston*
                                                             UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### D'juana Bellue Parks

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 10th day of May, 1991.

I further certify that the records of this office show that, as of this date

### D'juana Bellue Parks

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 21st day of August, 2013.

BLAKE HAWTHORNE, Clerk

by /s/ Blanca E. Valdez

Blanca E. Valdez, Deputy Clerk

No. 082113A

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.