Douglas J. Behr (*pro hac vice*)
behr@khlaw.com
KELLER AND HECKMAN LLP
1001 G Street, N.W.  Suite 500 West
Washington, D.C. 20001
Telephone:     202.434.4100
Facsimile:      202.434.4646

Robert S. Niemann (SBN 87973)
niemann@khlaw.com
KELLER AND HECKMAN LLP
One Embarcadero Center, Suite 2110
San Francisco, CA  94111
Telephone:     415.948.2800
Facsimile:      415.948.2808

*Attorneys for Amy's Kitchen, Inc.*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. FIGY,<br><br>    Plaintiff,<br><br>  vs.<br><br>AMY'S KITCHEN, INC.<br><br>    Defendant. | Case No. CV 13-03816 SI<br><br>NOTICE OF CHANGE OF ATTORNEY INFORMATION<br><br>Action Filed:  August 16,  2013<br><br>Date: December 10, 2013<br>Time:  10:00 a.m.<br>Courtroom:  10<br>Honorable  Susan Illston |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Robert S. Niemann and Douglas J. Behr (*pro hac vice*) of Keller and Heckman LLP are no longer counsel of record for Defendant, Amy's Kitchen, Inc. ("Amy's Kitchen"), in this matter.  Notices of Appearance for Amy's Kitchen were filed by attorneys with Mayer Brown LLP on November 14, 2013 because Amy's Kitchen retained the law firm of Mayer Brown LLP to represent it in this matter.  *See* Docket Entry Nos. 31-33.

NOTICE OF CHANGE OF ATTORNEY INFORMATION
CASE NO. CV 13-03816 SI

1     Dated:  November 18, 2013         KELLER AND HECKMAN LLP

2                                             By: /s/ *Robert S. Niemann*

3                                                  Robert S. Niemann (SBN 87973)
                                                 niemann@khlaw.com

4

5     Dated:  November 18, 2013         KELLER AND HECKMAN LLP

6                                               By: /s/ *Douglas J. Behr*

7                                                  Douglas J. Behr (admitted *pro hac vice*)
                                                 behr@khlaw.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF ATTORNEY INFORMATION
CASE NO. CV 13-03816 SI