| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 | DALE J. GIALI (SBN 150382) |
|   | *dgiali@mayerbrown.com* |
|   | MICHAEL L. RESCH (SBN 202909) |
| 3 | *mresch@mayerbrown.com* |
|   | ANDREA M. WEISS (SBN 252429) |
| 4 | *aweiss@mayerbrown.com* |
|   | 350 South Grand Avenue, 25th Floor |
| 5 | Los Angeles, CA  90071-1503 |
|   | Telephone:  (213) 229-9500 |
| 6 | Facsimile:   (213) 625-0248 |
| 7 | Attorneys for Defendant |
|   | AMY'S KITCHEN, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMY'S KITCHEN, INC.<br><br>Defendant. | Case No. CV 13-03816 SI<br><br>[proposed]  AS AMENDED<br><br>**ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING AND HEARING SCHEDULE ON MOTION TO DISMISS**<br><br>Action Filed:  August 16, 2013 |

708208734.1

ORDER; CASE NO. CV 13-03816 SI

1  The Court, having considered the December 17, 2013 stipulation of the parties (Dkt.
2  #45), as well as the accompanying declaration of Dale J. Giali, and for good cause shown, orders
3  as follows:

4  • The time within which Amy's Kitchen shall respond to the first amended
5    complaint (Dkt. #44) is extended by 30 days to **January 29, 2014**;
6  • Plaintiff shall file opposition papers thirty days thereafter if Amy's Kitchen files
7    any motion(s) in response to the first amended complaint, or by ~~March 3,~~ 2014; *[Feb. 21, 2014]* *[March 7]*
8  • Amy's Kitchen shall file its reply papers thirty days thereafter, or by ~~April 2,~~
9    **2014**; *[March 21, 2014]*
10 • Amy' Kitchen shall notice the motion(s) for hearing on ~~April 25,~~ 2014 at 9 a.m.

12 **IT IS SO ORDERED.**   AS AMENDED

13 DATED: 12/17/13

15 _____
16 Hon. Susan Illston
   Judge, United States District Court