1  MAYER BROWN LLP
   Dale J. Giali (SBN 150382)
2  *dgiali@mayerbrown.com*
   Michael L. Resch (SBN 202909)
3  *mresch@mayerbrown.com*
   Andrea M. Weiss (SBN 252429)
4  *aweiss@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
5  Los Angeles, CA  90071-1503
   Telephone: (213) 229-9500
6  Facsimile:  (213) 625-0248

7  Attorneys for Defendant
   AMY'S KITCHEN, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

| ROBERT E. FIGY, individually and on behalf of all others similarly situated, | Case No. CV 13-03816 SI |
|---|---|
| Plaintiff, | **[PROPOSED]** |
| v. | **ORDER GRANTING STIPULATION RE-SETTING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE** |
| AMY'S KITCHEN, INC. | |
| Defendant. | Action Filed: August 16, 2013 |

1 | The Court, having considered the March 12, 2014, stipulation of the parties (Dkt. # 54),
2 | and for good cause shown, orders that the Initial Case Management Conference is reset for April
3 | 25, 2014, at 2:30 p.m.

**IT IS SO ORDERED.**

DATED:   3/13/14

_____
Hon. Susan Illston
Judge, United States District Court

---

1

[PROPOSED] ORDER GRANTING STIPULATION RE-SETTING DATE FOR INITIAL CASE
MANAGEMENT CONFERENCE; CASE NO. CV 13-03816-SI

708711738.1