IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. FIGY, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>   v.<br><br>AMY'S KITCHEN, INC,<br><br>   Defendant.   / | No. C 13-03816-SI<br><br>**JUDGMENT** |

This action has been dismissed without prejudice pursuant to the doctrine of primary jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 9, 2014

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE