1  MAYER BROWN LLP
   Dale J. Giali (SBN 150382)
2  *dgiali@mayerbrown.com*
   Andrea M. Weiss (SBN 252429)
3  *aweiss@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
4  Los Angeles, CA  90071-1503
   Telephone: (213) 229-9500
5  Facsimile:  (213) 625-0248

6  Attorneys for Defendant
   AMY'S KITCHEN, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | ROBERT E. FIGY, individually and on behalf of all others similarly situated, | Case No. CV 13-03816 SI |
|---|---|
13 | Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL L. RESCH AND [PROPOSED] ORDER** |
14 | v. | |
15 | AMY'S KITCHEN, INC. | Judge:         Hon. Susan Illston |
16 | Defendant. | Action Filed:  August 16, 2013 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as of December 31, 2014, subject to the approval of the Court pursuant to Local Rule 11-5, attorney Michael L. Resch withdraws as counsel for Amy's Kitchen, Inc. and will no longer appear as counsel of record in this action.

Amy's Kitchen, Inc. will continue to be represented by Dale J. Giali and Andrea M. Weiss of the law firm Mayer Brown LLP.

DATED: December 31, 2014                MAYER BROWN LLP

                                        By: /s/ Michael L. Resch
                                            Michael L. Resch
                                        ATTORNEYS FOR DEFENDANT
                                        Amy's Kitchen, Inc.

### ~~[PROPOSED]~~ ORDER

The foregoing withdrawal of counsel is authorized by the Court.

**IT IS SO ORDERED.**

DATED:   1/5/15

_____
Hon. Susan Illston
Judge, United States District Court

| | |
|---|---|
| 1 | MAYER BROWN LLP<br>Dale J. Giali (SBN 150382) |
| 2 | *dgiali@mayerbrown.com*<br>Andrea M. Weiss (SBN 252429) |
| 3 | *aweiss@mayerbrown.com*<br>350 South Grand Avenue, 25th Floor |
| 4 | Los Angeles, CA  90071-1503<br>Telephone: (213) 229-9500 |
| 5 | Facsimile:  (213) 625-0248 |
| 6 | Attorneys for Defendant<br>AMY'S KITCHEN, INC. |
| 7 | |

8   **UNITED STATES DISTRICT COURT**

9   **NORTHERN DISTRICT OF CALIFORNIA**

10   **SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 11 | | |
| 12 | ROBERT E. FIGY, individually and on behalf of all others similarly situated, | Case No. CV 13-03816 SI |
| 13 | Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL L. RESCH AND [PROPOSED] ORDER** |
| 14 | v. | |
| 15 | AMY'S KITCHEN, INC. | Judge:         Hon. Susan Illston<br>Action Filed: August 16, 2013 |
| 16 | Defendant. | |

NOTICE OF WITHDRAWAL OF MICHAEL L. RESCH AND [PROPOSED] ORDER;
CASE NO. CV 13-03816-SI

713670606.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as of December 31, 2014, subject to the approval of the Court pursuant to Local Rule 11-5, attorney Michael L. Resch withdraws as counsel for Amy's Kitchen, Inc. and will no longer appear as counsel of record in this action.

Amy's Kitchen, Inc. will continue to be represented by Dale J. Giali and Andrea M. Weiss of the law firm Mayer Brown LLP.

DATED: December 31, 2014                    MAYER BROWN LLP

                                            By: /s/ Michael L. Resch
                                                Michael L. Resch
                                            ATTORNEYS FOR DEFENDANT
                                            Amy's Kitchen, Inc.

### [PROPOSED] ORDER

The foregoing withdrawal of counsel is authorized by the Court.

**IT IS SO ORDERED.**

DATED:

_____
Hon. Susan Illston
Judge, United States District Court