MAYER BROWN LLP
DALE J. GIALI (SBN 150382)
dgiali@mayerbrown.com
ANDREA M. WEISS (SBN 252429)
aweiss@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Defendant
AMY'S KITCHEN, INC.

[Additional Counsel on Signature Page]

*IT IS SO ORDERED*
*Judge Susan Illston*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT E. FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMY'S KITCHEN, INC.<br><br>Defendant. | Case No. 3:13-cv-03816-SI<br><br>**JOINT STATUS REPORT REGARDING, AND REQUEST FOR EXTENSION OF, STAY OF LITIGATION; REQUEST FOR FURTHER CONTINUANCE OF APRIL 24, 2015 INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:  August 16, 2013 |

Defendant Amy's Kitchen, Inc. ("Amy's") and plaintiff Robert E. Figy, by and through their attorneys, hereby submit the following Joint Status Report concerning the Court's July 7, 2014 Order (Dkt. No. 71) staying this action pursuant to the primary-jurisdiction doctrine:

1. On July 7, 2014, this Court stayed this action pending final guidance from the Food and Drug Administration ("FDA") on the issue of whether "evaporated cane juice" is an appropriate name for the ingredient as a matter of FDA's food-labeling regulations. See Dkt. #71 at 7. At that time, the Court scheduled a status conference for December 12, 2014. On November 24, 2014, the parties filed a Joint Status Report requesting that the Court stay the action an additional 90 days. (Dkt. #74). The Court subsequently issued an order staying the case for an additional 90 days and resetting the status conference for April 10, 2015. (Dkt. Nos. 75, 76). On March 13, 2015, the Court reset the status conference for April 24, 2015. (Dkt. No. 80.)

2. As of the date of this Report, FDA has not issued further guidance on the evaporated cane juice ingredient. On December 24, 2014, however, the FDA Center for Food Safety and Applied Nutrition ("CFSAN") issued the following statement:

> In October 2009, FDA published draft guidance for industry titled, "Ingredients Declared as Evaporated Cane Juice" (74 FR 51610). In March of 2014, we reopened the comment period to request further comments, data, and information about the basic nature and characterizing properties of the ingredient sometimes declared as "evaporated cane juice," how this ingredient is produced, and how it compares with other sweeteners (79 FR 12507). At this time, we are evaluating the submitted comments and considering appropriate actions.

http://www.fda.gov/Food/IngredientsPackagingLabeling/LabelingNutrition/ucm427968.htm

3. The parties have conferred and have stipulated to a 120-day extension of the stay in this case and a corresponding additional extension to the status conference to a date following 120 days (August 8, 2015, or as soon thereafter as may be convenient for the Court), with a Joint

Status Report to be filed 7 days prior, wherein the parties will advise the Court of the status of FDA's review.

4. In several other cases pending in this District where litigation has been stayed on primary-jurisdiction grounds pending FDA's final guidance on the evaporated cane juice ingredient, Courts have recently extended the stay on similar terms. *See, e.g.*, *Swearingen v. Santa Cruz Natural, Inc.*, No. 3:13-cv-04291-SI, Dkt. #52 (N.D. Cal. Mar. 10, 2015); *Swearingen v. Healthy Beverage, LLC.*, No. 3:13-cv-04385-EMC, Dkt. #62 (N.D. Cal. Feb. 6, 2015); *Swearingen v. Late July Snacks*, No. 3:13-cv-EMC, Dkt. #74 (N.D. Cal. Feb. 6, 2015); *Figy v. Lifeway Foods*, No. 3:13-cv-04828-THE, Dkt. #48 (N.D. Cal. Jan. 20, 2015); *Leonhart v. Nature's Path Foods, Inc.*, No. 13-cv-00492-BLF, Dkt. #64 (N.D. Cal. Jan. 13, 2014); *Swearingen v. Amazon Preservation Partners, Inc.*, No. 3:13-cv-04402-WHO, Dkt. #55 (N.D. Cal. Jan. 8, 2015); *Gitson v. Clover-Stornetta Farms, Inc.*, No. 13-cv-1517-EDL, Dkt. #67 (N.D. Cal. December 4, 2014); *Gitson v. Trader Joe's Co.*, No. 3:13-cv-01333-VC, Dkt. #106 (N.D. Cal. Nov. 13, 2014); *Swearingen v. Late July Snacks LLC*, 3:13-cv-04324-EMC, Dkt. #71 (N.D. Cal. Nov. 10, 2014); *Swearingen v. Healthy Beverage, LLC*, 3:13-cv-04385-EMC, Dkt. #60 (N.D. Cal. Nov. 10, 2014); *Reese v. Odwalla, Inc.*, No. 4:13-cv-00947-YGR, Dkt. #66 (N.D. Cal. Nov. 4, 2014); *Avila v. Green Valley Organics, L.P.*, No. 5:13-cv-00335-EJD, Dkt. #50 (N.D. Cal. Oct. 29, 2014); *Figy v. Lifeway Foods, Inc.*, No. 3:13-cv-4828-TEH, Dkt. #46 (N.D. Cal. Oct. 21, 2014); *Swearingen v. Pacific Foods of Oregon, Inc.*, No. 3:13-cv-4157-JD, Dkt. #49 (N.D. Cal. Oct. 14, 2014); *Perera v. Pacific Foods of Oregon, Inc.*, No. 3:14-cv-2074-JD, Dkt. #42 (N.D. Cal. Oct. 14, 2014).

5. Similarly here, the parties respectfully request that the Court extend the stay of this action for 120 days and continue the Status Conference currently scheduled for April 24, 2015 to August 21, 2015, or as soon thereafter as may be convenient for the Court.

//

//

//

//

| | | |
|---|---|---|
| 1 | DATED: March 16, 2015 | MAYER BROWN LLP |
| 2 | | |
| 3 | | By: */s/ Dale J. Giali* |
| 4 | | Dale J. Giali |
| 5 | | Attorneys for Defendant<br>AMY'S KITCHEN, INC. |
| 6 | | |
| 7 | DATED: March 16, 2015 | PROVOST UMPHREY |
| 8 | | |
| 9 | | By: */s/ D'Juana Parks*<br>D'Juana Parks |
| 10 | | Attorneys for Plaintiff<br>ROBERT E. FIGY |
| 11 | | |
| 12 | DATED: March 16, 2015 | PRATT & ASSOCIATES |
| 13 | | |
| 14 | | By: */s/ Pierce Gore*<br>Pierce Gore |
| 15 | | Attorneys for Plaintiff<br>ROBERT E. FIGY |
| 16 | | |

## **SIGNATURE ATTESTATION**

I, Dale J. Giali, attest that each of the signatories identified above has approved the above stipulation and consents to its filing in this action.

By: */s/ Dale J. Giali*
Dale J. Giali

-3-
JOINT STATUS REPORT REGARDING STAY OF LITIGATION; CASE NO. CV 13-03816-SI
715400013.1