UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. FIGY,<br><br>    Plaintiff,<br><br>    v.<br><br>AMY'S KITCHEN, INC.,<br><br>    Defendant. | Case No. 3:13-cv-03816-SI<br><br>**ORDER CONTINUING STAY AND RE-SETTING CASE MANAGEMENT CONFERENCE** |

At the parties' joint request, the stay currently in effect in this action is continued indefinitely, and the case management conference scheduled for August 21, 2015 is VACATED.

**The parties are ORDERED to file a joint status report on or before December 4, 2015**, addressing whether, and/or when, the stay should be lifted. **A further case management conference is scheduled for December 18, 2015 at 3:00 p.m.**

**IT IS SO ORDERED.**

Dated: June 29, 2015

_____
SUSAN ILLSTON
United States District Judge