UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. FIGY,<br><br>    Plaintiff,<br><br>    v.<br><br>AMY'S KITCHEN, INC.,<br><br>    Defendant. | Case No. 3:13-cv-03816-SI<br><br>**ORDER CONTINUING STAY AND RE-SETTING CASE MANAGEMENT CONFERENCE** |

At defendant's request, and over plaintiff's objection, the stay currently in effect in this action is continued indefinitely, and the case management conference scheduled for March 18, 2016 is VACATED.

**The parties are ORDERED to file a joint status report on or before July 1, 2016**, addressing whether, and/or when, the stay should be lifted. **A further case management conference is scheduled for July 8, 2016 at 3:00 p.m.**

**IT IS SO ORDERED.**

Dated: March 14, 2016

_____
SUSAN ILLSTON
United States District Judge