1  MAYER BROWN LLP
   Dale J. Giali (SBN 150382)
2  *dgiali@mayerbrown.com*
   Andrea M. Weiss (SBN 252429)
3  *aweiss@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
4  Los Angeles, CA  90071-1503
   Telephone: (213) 229-9500
5  Facsimile:  (213) 625-0248

6  Attorneys for Defendant
   AMY'S KITCHEN, INC.
7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN FRANCISCO DIVISION**

11

12 | ROBERT E. FIGY, individually and on behalf of all others similarly situated, | Case No. CV 13-03816 SI |
|---|---|
|  | **JOINT STIPULATION TO CONTINUE JULY 7, 2016 STATUS CONFERENCE** |
| Plaintiff, |  |
| v. | [Proposed Order Attached] |
| AMY'S KITCHEN, INC. | Action Filed:  August 16, 2013 |
| Defendant. | Date: July 7, 2016<br>Time: 2:00 p.m.<br>Courtroom: 1 |

---

STIPULATION FOR CONTINUANCE OF JULY 7, 2016 STATUS CONFERENCE; CASE NO. CV 13-03816-SI
708711738.1

Plaintiff Robert Figy and defendant Amy's Kitchen, Inc., by and through their respective counsel of record, enter into the following stipulation, subject to Court approval, continuing the July 7, 2016 Status Conference in this action:

WHEREAS, this action has been stayed pending the Food and Drug Administration's ("FDA") review of its draft guidance on the use of the term "evaporated cane juice" on food product labels;

WHEREAS, on May 25, 2016, FDA issued its final guidance entitled "Ingredients Declared as Evaporated Cane Juice";

WHEREAS, in light of FDA's issuance of its final guidance, on June 16, 2016, the Court ordered that the parties appear for a status conference on July 7, 2016 at 2:00 p.m.;

WHEREAS, during the stay of this action and prior to FDA's issuance of its final guidance, the parties had agreed to participate in private mediation;

WHEREAS, the agreed-to mediation has been scheduled for August 8, 2016;

WHEREAS, in the interest of efficiency, the parties have agreed to continue the July 7, 2016 Status Conference so that the August 8, 2016 mediation will take place first; and

WHEREAS, this stipulation is not being presented to cause unnecessary delay, or for any other improper purpose;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between plaintiff and Amy's Kitchen, subject to approval from the Court, that the Status Conference will be continued to September 9, 2016 at 3:00 p.m., or a date and time otherwise convenient for the Court, and the parties will file a joint status report one week in advance of the conference.

Dated: June 23, 2016                    PRATT & ASSOCIATES

                                        By: */s/ Ben F. Pierce Gore*
                                            Ben F. Pierce Gore
                                            Attorneys for Plaintiff

1

| | | |
|---|---|---|
| 1 | Dated:  June 23, 2016 | MAYER BROWN LLP<br>Dale J. Giali |
| 2 | | Andrea M. Weiss |
| 4 | | By:*/s/ Andrea M. Weiss*<br>         Andrea M. Weiss |
| 5 | | Attorneys for Defendant<br>AMY'S KITCHEN, INC. |

8  I, Andrea M. Weiss, attest that Pierce Gore has approved the above stipulation and
9  consents to its filing in this action.

12                                              */s/ Andrea M. Weiss*
                                                         Andrea M. Weiss

2
STIPULATION FOR CONTINUANCE OF JULY 7, 2016 STATUS CONFERENCE; CASE NO. CV 13-03816-SI
708711738.1

1  MAYER BROWN LLP
   Dale J. Giali (SBN 150382)
2  *dgiali@mayerbrown.com*
   Andrea M. Weiss (SBN 252429)
3  *aweiss@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
4  Los Angeles, CA  90071-1503
   Telephone: (213) 229-9500
5  Facsimile:  (213) 625-0248

6  Attorneys for Defendant
   AMY'S KITCHEN, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| ROBERT E. FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMY'S KITCHEN, INC.<br><br>Defendant. | Case No. CV 13-03816 SI<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE JULY 7, 2016 STATUS CONFERENCE**<br><br>Action Filed:  August 16, 2013<br><br>Date: July 7, 2016<br>Time: 2:00 p.m.<br>Courtroom: 1 |

The Court, having considered the June 23, 2016 stipulation of the parties (Dkt. # 90), and for good cause shown, orders that the Status Conference currently scheduled for July 7, 2016 is continued to September 9, 2016 at 3:00 p.m. The parties are to file a joint status report one week in advance of the conference.

**IT IS SO ORDERED.**

Dated: 6/24/16

By: /s/ Susan Illston
The Hon. Susan Illston
Judge, United States District Court

The Court, having considered the June 23, 2016 stipulation of the parties (Dkt. # 90), and for good cause shown, orders that the Status Conference currently scheduled for July 7, 2016 is continued to September 9, 2016 at 3:00 p.m. The parties are to file a joint status report one week in advance of the conference.

**IT IS SO ORDERED.**

Dated: 6/24/16

By: /s/ Susan Illston
The Hon. Susan Illston
Judge, United States District Court